# SRBA
# SUBCASE SUMMARY REPORT 34-10901

Return to SRBA Home Page
Return to SRBA IWATRS Reports

---

```
SRBA                         SUBCASE SUMMARY REPORT                         HTML12
08-24-2026

     SUBCASE: 34-10901       FILE#: 02135
    CLAIMANT: UNITED STATES OF AMERICA
              DEPARTMENT OF ENERGY
              785 DOE PLACE

              IDAHO FALLS       ID     83402
      STATUS: AT ISSUE                SPECIAL MASTER: WILDMAN, ERIC J
WATER SOURCE: GROUNDWATER

                  **** PARTIES INVOLVED ****

             UNITED STATES OF AMERICA    C PRO SE

                    **** ROA ENTRIES ****

01-15-1998 PARTIAL DECREE FILED                               01-15-1998
01-15-1998 CERTIFICATE OF MAILING - PARTIAL DECREE
08-30-2002 ORDER SETTING HEARING RE: ISSUANCE OF PARTIAL HS 01-21-2003 0130
            DECREE
01-21-2003 COURT MINUTES
01-21-2003 HEARING HELD                                    HH 01-21-2003 0130
04-03-2003 LODGED: PROPOSED PARTIAL DECREE
04-03-2003 LODGED: PROPOSED ORDER ISSUING PARTIAL DECREE
04-18-2003 NOTICE OF COURT'S INTENT TO ISSUE PARTIAL
               DECREE NUNC PRO TUNC, AND NOTICE OF
               HEARING THEREON
04-18-2003 HEARING SET - NOTICE OF COURT'S INTENT TO      HS 06-17-2003 0130
               ISSUE PARTIAL DECREE NUNC PRO TUNC         HS 06-17-2003
06-17-2003 HEARING HELD                                    HH 06-17-2003 0130
06-17-2003 STATUS CONFERENCE MINUTES FILED
06-20-2003 ORDER OF PARTIAL DECREE (NUNC PRO TUNC)
06-20-2003 PARTIAL DECREE FILED (NUNC PRO TUNC)               06-20-2003
08-25-2017 PAPER FILES SENT TO STATE ARCHIVE BOX 658       0A 08-25-2017
07-24-2026 NOTICE OF APPEARANCE OF COUNSEL (MICHAEL ORR)
07-24-2026 NOTICE OF APPEARANCE OF COUNSEL (JOY VEGA)
07-24-2026 STATE OF IDAHO'S MOTION FOR DECLARATORY         MF 07-24-2026
            JUDGEMENT RE ADMINISTRATION OF WATER RIGHT     MF 07-24-2026
             34-10901
07-24-2026 MEMORANDUM IN SUPPORT OF STATE OF IDAHO'S       MF 07-24-2026
            MOTION FOR DECLARATORY JUDGEMENT RE
             ADMINISTRATION OF WATER RIGHT 34-10901
07-24-2026 DECLARATION OF COUNSEL IN SUPPORT OF STATE
            OF IDAHO'S MOTION FOR DECLARATORY JUDGEMENT
             RE ADMINISTRATION OF WATER RIGHT 34-10901
07-29-2026 NOTICE SETTING HEARING ON STATE OF IDAHO'S      HS 11-17-2026 0130
            MOTION FOR DECLARATORY JUDGEMENT RE
             ADMINISTRATION OF WATER RIGHT 34-10901
08-04-2026 BRIEFING SCHEDULE ON MTN FOR DECL. JUDGEMENT   RB 09-15-2026 0500
             RESPONSES TO MOTION DUE BY 09/15/2026         RB 09-15-2026 0500
             REPLIES TO RESPONSES DUE BY 10/15/2026        YB 10-15-2026 0500
08-10-2026 HEARING SET ON STATE OF IDAHO'S MOTION FOR      HS 11-17-2026 0130
```

DECLARATORY JUDGEMENT RE ADMINISTRATION OF
WATER RIGHT 34-10901, ORIGINAL NOTICE
MAILED ON JULY 30, 2026
08-10-2026 ADDED H33 FOR DOCKET SHEEET PROCEDURE

---

Return to SRBA IWATRS Reports
Return to SRBA Home Page

---

DISTRICT COURT - SRBA
Fifth Judicial District
County of Twin Falls-State of Idaho

JUL 29 2026

By [signature]
Clerk
Deputy Clerk

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

| | | |
|---|---|---|
| In Re SRBA | ) | Case No. 34-10901 |
| | ) | |
| | ) | NOTICE SETTING HEARING ON STATE OF IDAHO'S MOTION FOR DECLARATORY JUDGEMENT RE ADMINISTRATION OF WATER RIGHT 34-10901 |
| Case No. 39576 | ) | |
| | ) | |

NOTICE IS GIVEN that the hearing on *State of Idaho's Motion for Declaratory Judgement Re Administration of Water Right 34-10901* will be held on **Tuesday, November 17, 2026, at 1:30 p.m. (Mountain Time),** at the Snake River Basin Adjudication Courthouse, 253 - 3rd Avenue North, Twin Falls, Idaho. Parties may participate in person or remotely through telephone or video conference using the remote meeting application Zoom. Instructions for Zoom are attached.

Dated: 7/29/26

[signature]
Eric J. Wildman
Presiding Judge
Snake River Basin Adjudication

## CERTIFICATE OF MAILING

I hereby certify that true and correct copies of the NOTICE SETTING HEARING ON STATE OF IDAHO'S MOTION FOR DECLARATORY JUDGEMENT RE ADMINISTRATION OF WATER RIGHT 34-10901 were mailed on July 30, 2026, by first-class mail to the following:

IDWR
PO Box 83720
Boise, ID 83720-0098

US Dept. of Justice
Environment & Natural Resources Div.
PO Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611

US Dept. of Energy
785 DOE Place
Idaho Falls, ID 83402

Chief, Natural Resources Div.
Office of the Attorney General
PO Box 83720
Boise, ID 83720-0010

Valerie McCoy
Deputy Clerk

HOW TO ACCESS YOUR HEARING USING ZOOM:

You are receiving a notice for a Court Hearing that uses the remote Zoom meeting application. You may appear at this hearing using a telephone or online with a video or audio connection.

**How to Attend:**

**Online**
https://zoom.us/join
Meeting ID: 951 5415 6713
Password: 975818

**By Telephone**
Toll free: (877) 853-5247 or (888) 788-0099
Meeting ID: 951 5415 6713
Password: 975818

1. **How to join the meeting by telephone**
   - Dial the telephone number listed above.
   - When prompted, enter the meeting ID provided above, followed by #.
   - When prompted for a participant code (you will not have one), just enter #
   - When prompted, enter the meeting password provided above, followed by #.
   - More information on how to use a telephone when connecting to a Zoom meeting can be found here: https://support.zoom.us/hc/en-us/articles/201362663-Joining-a-meeting-by-phone

2. **How to join the meeting online**
   - In your browser enter the link https://www.zoom.us/join
   - Enter the meeting ID provided above. You may see a spinning wheel while the connection is made.
   - Follow the instructions on the screen to either download and install the Zoom client, or to join the meeting via your web browser.
   - When prompted, enter the meeting password provided above.
   - Once the connection is made, you will be placed in a Waiting Room. A message will appear "Please wait, the meeting host will let you in soon."
   - When court begins, you will be brought into the meeting from the Waiting Room.

3. **Video (when joining online)**
   - Start your video by clicking **Start Video**, located in the lower-left corner of the window.

4. **Audio**
   - Your sound will be on mute upon entry.
   - Remain muted unless you are asked to speak to the court. Please be sure you have no background noise while speaking. You may be muted or removed from the hearing if causing a disruption.
   - To unmute yourself, click the **Unmute** button, located in the lower-left corner of the window.
   - If joining only by telephone, press ***6** to toggle between unmute/mute.

5. **Assistance**
   - Additional resources on how to use Zoom to participate in a remote court hearing can be found at http://isc.idaho.gov/isc-zoom.
   - For questions regarding this remote hearing or the steps above, contact the Deputy Clerk of the Snake River Basin Adjudication District Court at 208-736-3011.

DISTRICT COURT - SRBA
Fifth Judicial District
County of Twin Falls-State of Idaho

AUG 4 2026

By ________ Clerk
________ Deputy Clerk

**IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS**

| | | |
|---|---|---|
| **In Re SRBA** | ) | **Subcase No.: 34-10901** |
| | ) | |
| **Case No. 39576** | ) | **BRIEFING SCHEDULE ON MOTION FOR** |
| | ) | **DECLARATORY JUDGMENT RE:** |
| | ) | **ADMINISTRATION OF WATER RIGHT 34-** |
| | ) | **10901** |
| | ) | |
| | ) | |
| | ) | |
| ______________________ | ) | |

On July 24, 2026, the State of Idaho filed a Motion for Declaratory Judgment Re: Administration of Water Right 34-10901. Oral argument is set for November 17, 2026. The parties shall abide by the below briefing schedule.

THEREFORE, THE FOLLOWING ARE HEREBY ORDERED:

1. Responses to Motion: Responses to the Motion shall be filed on or before September 15, 2026.

2. Replies to Responses: Any replies to responses shall be filed on or before October 15, 2026.

IT IS SO ORDERED.

Dated: August 4, 2026.

ERIC J. WILDMAN
Presiding Judge
Snake River Basin Adjudication

## CERTIFICATE OF MAILING

I hereby certify that true and correct copies of the BRIEFING SCHEDULE ON MOTION FOR DECLARATORY JUDGEMENT RE: ADMINISTARTION OF WATER RIGHT 34-10901 were mailed on August 4, 2026, by first-class mail to the following:

IDWR
PO Box 83720
Boise, ID 83720-0098

US Dept. of Justice
Environment & Natural Resources Div.
PO Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611

Chief, Natural Resources Div.
Office of the Attorney General
PO Box 83720
Boise, ID 83720-0010

Valerie McCoy
Deputy Clerk