DISTRICT COURT - SRBA
Fifth Judicial District
County of Twin Falls - State of Idaho
APR - 3 2003
LODGED
By ______ Clerk
Deputy Clerk

DISTRICT COURT-SRBA
TWIN FALLS CO., IDAHO
FILED
2003 JUN 20 PM 3 26

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

| | |
|---|---|
| IN RE: SRBA<br><br>Case No. 39576 | **ORDER OF PARTIAL DECREE**<br><br>For Water Right 34-10901<br><br>(United States Department of Energy, Idaho National Engineering and Environmental Laboratory) |

As a result of negotiations, the State of Idaho and United States entered into a Water Rights Agreement between the State of Idaho and the United States Department of Energy, dated July 20, 1990. The State of Idaho lodged the Water Rights Agreement with the Court by letter dated July 26, 1990. The agreement was also lodged with the Idaho Department of Water Resources in lieu of a claim for the Department of Energy.

The claim was reported in the Director's Report, Part II for Basin 34, filed November 17, 1992. Objections to the Director's Report for Basin 34 Parts I and II were required to be filed no later than March 1, 1993. No objections were filed to the water right claim no 34-10901.

The SRBA Court's register of action indicates that a Partial Decree was issued for this water right on January 15, 1998. However, neither the Clerk of the Court, the Idaho Department of Water Resources nor counsel and staff for the United States have been able to locate a copy of any Partial Decree actually issued on that date. It therefore appears that although the District Court intended to

enter a partial decree, either the decree has been lost, or no such decree was ever signed by the District Court.

Therefore, IT IS ORDERED that water right 34-10901 is hereby decreed nun pro tunc as set forth in the attached ***Partial Decree Pursuant to I.R.C.P 54(b).***

DATED 6-20-03

Roger Burdick
ROGER S. BURDICK
Presiding Judge
Snake River Basin Adjudication

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the ORDER OF PARTIAL DECREE was mailed on ~~April~~ June 20, 2003, with sufficient first class postage prepaid to the following:

Director of IDWR
PO Box 83720
Boise, ID 83720-0098

James J. Dubois
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, Suite 945
Denver, CO 80202

Marc Haws
Amy S. Howe
U.S. Attorney's Office
PO Box 32
Boise, ID 83707

David Barber
State of Idaho
Attorney General's Office
PO Box 44449
Boise, ID 83711-4449

Shelley Bartlett
Chief Deputy Clerk