IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

STATE OF IDAHO,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 1:26-cv-00546-DCN

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

On October 8, 2026, the parties filed a Joint Motion to Extend Deadlines (Dkt. 13) for briefing on the State of Idaho's Motion to Remand (Dkt. 7).

For good cause shown, **IT IS HEREBY ORDERED**:

1. The Joint Motion to Extend Deadlines (Dkt. 13) is GRANTED.
2. The United States' response to the Motion to Remand is due on or before October 21, 2026.
3. The State's reply in support of the Motion to Remand is due on or before November 11, 2026.

DATED: October 9, 2026

David C. Nye
U.S. District Court Judge